IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUGUST W. ARNOLD, | ) |
| | ) Civil Action No. 06-882 |
| Plaintiff, | ) |
| | ) Judge Lancaster |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) Electronically Filed |
| TRANSPORTATION and UNITED | ) |
| STATES DEPARTMENT OF | ) |
| TRANSPORTATION, INSPECTOR | ) |
| GENERAL'S OFFICE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 20th day of December, 2006, upon consideration of Defendants' and Plaintiff's consent Motion to Withdraw the pending Motion to Dismiss and Motion for an Extension of Time to File an Answer, it is hereby **ORDERED** that the Motion is **GRANTED,** and Defendants' motion to dismiss is hereby withdrawn and Defendants shall have until March 1, 2007 to file an Answer to Plaintiff's complaint.

BY THE COURT:

_____
United States District Court Judge