IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AUGUST W. ARNOLD,            )<br>                              )<br>     Plaintiff              )<br>                              )<br>        v.                    )<br>                              )<br>UNITED STATES DEPARTMENT OF   )<br>TRANSPORTATION and UNITED STATES )<br>DEPARTMENT OF TRANSPORTATION, )<br>INSPECTOR GENERAL'S OFFICE,   )<br>                              )<br>     Defendants               ) | No.   06-882<br><br>Judge Gary L. Lancaster |

**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41**

COME NOW, the parties to the instant action, through their respective counsel, and, pursuant to Fed.R.Civ.P. 41, stipulate to the voluntary dismissal of the above captioned case. It is further stipulated that this voluntary dismissal is without prejudice.

Dated: March 26, 2007

S/  Jon Pushinsky
JON PUSHINSKY, ESQUIRE
PA I.D. #30434
Law & Finance Building
429 Fourth Avenue, Ste. 1808
Pittsburgh, PA 15219-1503
(412) 281-6800

Lawyer for Plaintiff

S/  Lee J. Karl
LEE J. KARL, ESQUIRE
PA I.D. #87856
Assistant U.S. Attorney
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7488

Lawyer for Defendants

SO ORDERED, this 27th day of March, 2007.

_____
Gary L. Lancaster, U.S. District Judge